UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CRISTIAN SANCHEZ, on behalf of himself and
 all others similarly situated,

                        Plaintiffs,

       -against-


BAM TRADING SERVICES INC.,

                     Defendant.
-----------------------------------------------------------------X

                     ORDER
             21-CV-2013 (PAE) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The plaintiff requested permission from the Court to file an amend the complaint, see Docket

Entry No. 7; the request was granted, see Docket Entry No.8.  The plaintiff was directed to file the

amended complaint by April 16, 2021, and the defendant was direct to file its answer to that amended

pleading by May 14, 2021.  The docket sheet maintained by the Clerk of Court for this action does not

reflect that the plaintiff filed an amended complaint and the time for doing so has elapsed.  Therefore, on

or before April 28, 2021, the defendant shall file its response to the complaint appearing at Docket Entry

No. 1.

Dated:  New York, New York           SO ORDERED:
       April 21, 2021

                               _Kevin Nathaniel Fox_
                               KEVIN NATHANIEL FOX
                               UNITED STATES MAGISTRATE JUDGE